IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:23-CV-1755-L** |
| **YVES SAINT LAURENT AMERICA, INC.,** | § § § § | |
| Defendant. | § § | |

## STANDING ORDER OF REFERENCE

This case is hereby **referred** to United States Magistrate Judge David Horan for pretrial management. All nondispositive motions, pending or prospective, are referred to the magistrate judge for determination. All dispositive motions, pending or prospective, are referred to the magistrate judge for findings of fact and recommendations. All other pretrial matters, including scheduling and alternative dispute resolution, are referred to the magistrate judge for appropriate action consistent with applicable law. Magistrate Judge Horan is to notify the court when the case is ready for a trial setting.

Local Civil Rules 72.1 and 72.2 provide that, unless otherwise directed by the presiding district judge, a party who files objections under Federal Rules of Civil Procedure 72(a) and (b)(2) to magistrate judge orders regarding pretrial nondispositive matters, or findings and recommendations on dispositive motions, may file a reply brief within 14 days from the date the response to the objections or response brief is filed. The court does not allow parties to file a reply brief with respect to magistrate judge orders or findings and recommendations, unless leave is

**Standing Order of Reference – Page 1**

granted to file the reply brief.  The court will strike or disregard any reply brief filed in violation of this order.

    **It is so ordered** this 8th day of December, 2023.

                                               Sam A. Lindsay
                                               United States District Judge