THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDER MCQUEEN TRADING AMERICA, INC., BOTTEGA VENETA, INC., and YVES SAINT LAURENT AMERICA, INC.<br><br>    Defendants. | CIVIL ACTION NO. 3:23-cv-1755-L-BN<br><br>CONSOLIDATED WITH CIVIL ACTION Nos.: 3:23-cv-1902-L and 3:23-cv-1881-L<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

On February 6, 2024, defendants Alexander McQueen Trading America, Inc., Bottega Veneta, Inc., and Yves Saint Laurent America, Inc. (collectively "Defendants") filed a Motion to Dismiss for Failure to State a Claim ("MTD") (Dkt. 29). On the same day, the Court issued an Order (Dkt. 30) setting the following briefing schedule for Defendants' MTD:

- Plaintiff's deadline to file a written response to the MTD: **March 7, 2024**.

- Defendants' deadline to file a reply brief: **March 22, 2024**.

The Parties are currently engaged in substantive settlement discussions. Accordingly, the Parties jointly move the Court to extend Plaintiff's deadline to file a written response by one (1) week, up to and including **March 14, 2024**, and Defendants' deadline to file a reply brief by one (1) week, up to and including **March 29, 2024**.

The requested extensions are for the purpose of giving the Parties additional time to explore settlement prior to expending additional time and resources briefing the MTD.

Dated: February 26, 2024	Respectfully Submitted,

/s/ Christopher A. Honea
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999
**COUNSEL FOR PLAINTIFF**


/s/ Jared D. Eisenberg
Christopher Schwegmann (SBN 24051315)
Jared D. Eisenberg (SBN 24092382)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 752101
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
Email: cschwegmann@lynnllp.com
Email: jeisenberg@lynnllp.com

Joshua B. Long (SBN 24078876)
**KELLEY DRYE & WARREN LLP**
515 Post Oak Boulevard, Suite 900
Houston, Texas 77027
Telephone: (713) 355-5000
Facsimile: (713) 355-5001
Emails: jlong@kelleydrye.com

Michael J. Zinna (Admitted *Pro Hac Vice*)
Vincent M. Ferraro (Admitted *Pro Hac Vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Email: mzinna@kelleydrye.com
Email: vferraro@kelleydrye.com

*Attorneys for Defendants Yves Saint Laurent America, Inc., Alexander McQueen Trading America, Inc., and Bottega Veneta, Inc.*