THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ALEXANDER MCQUEEN TRADING AMERICA, INC., BOTTEGA VENETA, INC., and YVES SAINT LAURENT AMERICA, INC.<br><br>  Defendants. | CIVIL ACTION NO. 3:23-cv-1755-L-BN<br><br>CONSOLIDATED WITH CIVIL ACTION Nos.: 3:23-cv-1902-L and 3:23-cv-1881-L<br><br>JURY TRIAL DEMANDED |

### MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Pursuant to Local Rule 83.10(a), Mr. M. Scott Fuller moves for leave to proceed without local counsel.

Mr. Fuller has been admitted to the bar of the U.S. District Court for the Northern District of Texas since 2004, is in good standing, and is intimately familiar with the local rules of this district. Further, Mr. Fuller's personal residence is in Plano, Texas and is located within 50 miles of the courthouse in this district.

Dated:  February 27, 2024            Respectfully Submitted,

                                     /s/ M. Scott Fuller
                                     M. Scott Fuller
                                        Texas Bar No. 24036607
                                        rgarteiser@ghiplaw.com

                                     **GARTEISER HONEA, PLLC**
                                     119 W. Ferguson Street
                                     Tyler, Texas 75702
                                     Telephone: (903) 705-7420
                                     Facsimile: (903) 405-3999
                                     **COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record.

*/s/ M. Scott Fuller*
M. Scott Fuller