THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ALEXANDER MCQUEEN TRADING AMERICA, INC., BOTTEGA VENETA, INC., and YVES SAINT LAURENT AMERICA, INC.<br><br>      Defendants. | CIVIL ACTION NO. 3:23-cv-1755-L-BN<br><br>CONSOLIDATED WITH CIVIL ACTION Nos.: 3:23-cv-1902-L and 3:23-cv-1881-L<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL PENDING MOTIONS, ACTIONS AND DEADLINES, AND NOTICE OF SETTLEMENT

Plaintiff Symbology Innovations, LLC and Defendants Alexander McQueen Trading America, Inc., Bottega Veneta, Inc., and Yves Saint Laurent America, Inc. (collectively "the Parties") respectfully notify the Court that the Parties have reached a settlement in principal.

The Parties also respectfully request that the Court stay all pending motions, actions and deadlines for twenty-one (21) days, up to and including April 3, 2024, while the Parties finalize their resolution of these lawsuits, including the submission of a Motion to Dismiss. The requested stay is not for delay, but only to allow for an orderly resolution of these lawsuits.

Dated:  March 13, 2024                    Respectfully Submitted,

                                              */s/ M. Scott Fuller*
                                              M. Scott Fuller
                                                Texas Bar No. 24036607
                                                rgarteiser@ghiplaw.com

                                            **GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999
**COUNSEL FOR PLAINTIFF**


*/s/ Michael J. Zinna*
Christopher Schwegmann (SBN 24051315)
Jared D. Eisenberg (SBN 24092382)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 752101
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
Email: cschwegmann@lynnllp.com
Email: jeisenberg@lynnllp.com

Joshua B. Long (SBN 24078876)
**KELLEY DRYE & WARREN LLP**
515 Post Oak Boulevard, Suite 900
Houston, Texas 77027
Telephone: (713) 355-5000
Facsimile: (713) 355-5001
Emails: jlong@kelleydrye.com

Michael J. Zinna (Admitted *Pro Hac Vice*)
Vincent M. Ferraro (Admitted *Pro Hac Vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897


Email: mzinna@kelleydrye.com
Email: vferraro@kelleydrye.com

*Attorneys for Defendants Yves Saint Laurent America, Inc., Alexander McQueen Trading America, Inc., and Bottega Veneta, Inc.*