IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SYMBOLY INNOVATIONS, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:23-CV-1755-L** |
| **ALEXANDER MCQUEEN TRADING AMERICA, INC.; BOTTEGA VENETA, INC.; and YVES SAINT LAURENT AMERICA, INC.,** | § § § § § § | (Consolidated with Nos. 3:23-CV-1902-L & 3:23-CV-1881-L) |
| Defendants. | § § | |

# ORDER

Before the court is the Joint Motion to Stay All Pending Motions, Actions, and Deadlines, and Notice of Settlement ("Motion") (Doc. 38), filed March 13, 2024. The parties request in their Motion that the court stay all pending motions, actions and deadlines for twenty-one days, up to and including April 3, 2024, while they finalize their resolution of these lawsuits, including the submission of a motion to dismiss. The court appreciates the parties' efforts in settling this consolidated patent action. The court is not opposed to the relief sought by the parties; however, rather than stay the action, the court will administratively close it to prevent it from continuing to age while the parties finalize their settlement. Also, the court will allow the parties until April 15, 2024, to file dismissal documents.

Accordingly, the court **vacates** the case referral (Doc. 17); **grants** the parties' Motion to the extent herein provided (Doc. 38); **denies as moot** the pending Motion to Dismiss (Doc. 29); and **administratively closes** this action. While the case is administratively closed, all case

deadlines will remain **stayed**. By **April 15, 2024**, the parties **shall** file a joint stipulation of dismissal or motion to dismiss this action.

The United States District Clerk **shall** submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 14th day of March, 2024.

Sam A. Lindsay
United States District Judge