THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER MCQUEEN TRADING AMERICA, INC., BOTTEGA VENETA, INC., and YVES SAINT LAURENT AMERICA, INC.<br><br>Defendants. | CIVIL ACTION NO. 3:23-cv-1755-L-BN<br><br>CONSOLIDATED WITH CIVIL ACTION Nos.: 3:23-cv-1902-L and 3:23-cv-1881-L<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT AND REQUEST
## TO KEEP THE CASE ADMINISTRATIVELY CLOSED

Plaintiff Symbology Innovations, LLC and Defendants Alexander McQueen Trading America, Inc., Bottega Veneta, Inc., and Yves Saint Laurent America, Inc. (collectively "the Parties") respectfully submit this Joint Status Report and Request to Keep the Case Administratively Closed.

The Parties notify the Court that they are still negotiating the terms of their settlement and respectfully request the Court to keep these consolidated cases administratively closed for another 30 days up to and including May 15, 2024 to allow the Parties to finalize their resolution of these lawsuits, including the submission of a Motion to Dismiss. This request is not for delay, but only to allow for an orderly resolution of these lawsuits.

Dated:  April 15, 2024 	Respectfully Submitted,

| | |
|---|---|
| */s/ Christopher A. Honea* | */s/ Jared D. Eisenberg* |
| Christopher A. Honea<br>   Texas Bar No. 24059967<br>   chonea@ghiplaw.com<br>M. Scott Fuller<br>   Texas Bar No. 24036607<br>   rgarteiser@ghiplaw.com<br><br>**GARTEISER HONEA, PLLC**<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br>Facsimile: (903) 405-3999<br><br>***COUNSEL FOR PLAINTIFF*** | Christopher J. Schwegmann<br>Texas State Bar No. 24051315<br>cschwegmann@lynnllp.com<br>Jared D. Eisenberg<br>Texas Bar No. 24092382<br>jeisenberg@lynnllp.com<br><br>**LYNN PINKER HURST & SCHWEGMANN, LLP**<br>2100 Ross Avenue, Suite 2700<br>Dallas, TX 75201<br>Telephone: 214-981-3800<br>Facsimile:  214-981-3839<br><br>Joshua B. Long (SBN 24078876)<br>**KELLEY DRYE & WARREN LLP**<br>515 Post Oak Boulevard, Suite 900<br>Houston, Texas 77027<br>Telephone: (713) 355-5000<br>Facsimile: (713) 355-5001<br>Emails: jlong@kelleydrye.com<br><br>Michael J. Zinna (Admitted Pro Hac Vice)<br>Vincent M. Ferraro (Admitted Pro Hac Vice)<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>New York, New York 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>Email: mzinna@kelleydrye.com<br>Email: vferraro@kelleydrye.com<br><br>*Attorneys for Defendants Yves Saint Laurent America, Inc., Alexander McQueen Trading America, Inc., and Bottega Veneta, Inc.* |