THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER MCQUEEN TRADING AMERICA, INC., BOTTEGA VENETA, INC., and YVES SAINT LAURENT AMERICA, INC.<br><br>Defendants. | CIVIL ACTION NO. 3:23-cv-1755-L-BN<br><br>CONSOLIDATED WITH CIVIL ACTION Nos.: 3:23-cv-1902-L and 3:23-cv-1881-L<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING JOINT REQUEST TO KEEP THE CASE ADMINISTRATIVELY CLOSED**

The Court, having considered the Joint Request to Keep the Case Administratively Closed ("Request"),

GRANTS the Request.

Accordingly, it is hereby ORDERED that these consolidated cases will remain administratively closed for another 30 days up to and including May 15, 2024.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
HONORABLE DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE