IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, § § § Plaintiff, § § v. § § ALEXANDER MCQUEEN TRADING § AMERICA, INC.; BOTTEGA VENETA, § INC.; and YVES SAINT LAURENT § AMERICA, INC., § § Defendants. § | Civil Action No. **3:23-CV-1755-L** Consolidated with Nos. 3:23-CV-1902-L & 3:23-CV-1881-L) |

## ORDER

Before the court is the parties' Joint Status Report and Request to Keep the Case Administratively Closed ("Motion") (Doc. 40), filed April 15, 2024. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, the deadline for the parties to file a stipulation or notice of dismissal, or an agreed motion to dismiss is **May 15, 2024**. *No further extensions will be granted*.

**It is so ordered** this 16th day of April, 2024.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**