**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALEXANDER MCQUEEN TRADING AMERICA, INC., BOTTEGA VENETA, INC., and YVES SAINT LAURENT AMERICA, INC.**<br><br>**Defendants.** | **CIVIL ACTION NO. 3:23-cv-1755-L-BN**<br><br>**CONSOLIDATED WITH CIVIL ACTION Nos.: 3:23-cv-1902-L and 3:23-cv-1881-L**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR DISMISSAL**

Under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Symbology Innovations, LLC moves to dismiss its claims with prejudice, and Defendants Alexander McQueen Trading America, Inc., Bottega Veneta, Inc., and Yves Saint Laurent America, Inc. collectively move to dismiss their counterclaims without prejudice, with each party bearing its own expenses, attorneys' fees, and costs.

Dated: August 22, 2024

Respectfully Submitted,

*/s/ M. Scott Fuller*
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999
**COUNSEL FOR PLAINTIFF**

*/s/ Michael J. Zinna*
Christopher Schwegmann (SBN 24051315)
Jared D. Eisenberg (SBN 24092382)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 752101
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
Email: cschwegmann@lynnllp.com
Email: jeisenberg@lynnllp.com

Joshua B. Long (SBN 24078876)
**KELLEY DRYE & WARREN LLP**
515 Post Oak Boulevard, Suite 900
Houston, Texas 77027
Telephone: (713) 355-5000
Facsimile: (713) 355-5001
Emails: jlong@kelleydrye.com

Michael J. Zinna (Admitted *Pro Hac Vice*)
Vincent M. Ferraro (Admitted *Pro Hac Vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Email: mzinna@kelleydrye.com
Email: vferraro@kelleydrye.com

**CERTIFICATE OF CONFERENCE**

Pursuant to Northern District of Texas Local Rule 7.1, counsel has complied with the meet and confer requirement in Local Rule 7.1(a). Counsel for Defendants conferred with Counsel for Plaintiff concerning the relief sought in this Motion. Counsel for Plaintiff is not opposed.

*/s/ M. Scott Fuller*
M. Scott Fuller

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Thursday, August 22, 2024.

*/s/ M. Scott Fuller*
M. Scott Fuller